# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

NATHANIEL FITZGERALD,                                                 PLAINTIFF
ADC #84210

v.                          No. 4:12CV00080 JLH-JTK

TONY McHAN, *et al*.                                              DEFENDANTS

## **JUDGMENT**

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 5th day of March, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE